IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00170-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEPHON O'BRIAN CORRY (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release, (Doc. No. 136), and the government's response, (Doc. No. 140). However, the defendant has since been released from custody. https://www.bop.gov/inmateloc/.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 136), is **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: November 16, 2023

Robert J. Conrad, Jr.
United States District Judge